101 F.3d 1393
 NOTICE: THIS SUMMARY ORDER MAY NOT BE CITED AS PRECEDENTIAL AUTHORITY, BUT MAY BE CALLED TO THE ATTENTION OF THE COURT IN A SUBSEQUENT STAGE OF THIS CASE, IN A RELATED CASE, OR IN ANY CASE FOR PURPOSES OF COLLATERAL ESTOPPEL OR RES JUDICATA. SEE SECOND CIRCUIT RULE 0.23.
Marleny AGERO, Petitioner-Appellant,
v.
Edward McELROY, District Director, Immigration and
Naturalization Service, Respondent-Appellee.
 No. 95-2860, 96-2512.
 United States Court of Appeals, Second Circuit.
 July 25, 1996.
 
 1
 Appearing for Appellant: Robert D. Kolken, Sacks & Kolken, Buffalo, New York.
 
 
 2
 Appearing for Appellee: Diogenes P. Kekatos, Assistant United States Attorney, Southern District of New York, New York, New York.
 
 
 3
 S.D.N.Y.
 
 
 4
 DISMISSED.
 
 
 5
 Present WINTER and CABRANES, Circuit Judges, and MOTLEY, District Judge.*
 
 
 6
 This cause came to be heard on the transcript of record from the United States District Court for the Southern District of New York and was argued.
 
 
 7
 ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the appeals from the District Court are hereby dismissed as moot.
 
 
 8
 We dismiss the appeal from the denial of the temporary restraining order and from the dismissal of the petition for a writ of habeas corpus as moot in light of appellant's deportation.
 
 
 
 *
 The Honorable Constance Baker Motley, United States District Judge for the Southern District of New York, sitting by designation